UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUMMERS LABORATORIES, INC.,

                Petitioner,

-against-

SHIONOGI INC.,

                Respondent.
------------------------------------------------------------X

19 **CIVIL** 2754 (AT)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2020, judgment is entered in favor of Petitioner in the amount of $1,659,883 in attorney's fees and $390,103.90 in costs, plus pre-judgment interest at a rate of 9% per annum accruing from March 1, 2019, through the date of this judgment, in the amount of $167,818.11; accordingly, the case is closed.

**Dated**: New York, New York
        January 27, 2020

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                      BY: _____
                                            **Deputy Clerk**