USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMERS LABORATORIES, INC.,

    Petitioner,

-against-

SHIONOGI INC.,

    Respondent.

19-CV-2754 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for resolution of petitioner's motion for attorneys' fees filed on February 21, 2020. (Dkt. No. 41.)

Respondent shall file its response to petitioner's motion no later than **March 6, 2020**, in compliance with Moses Indiv. Prac. §§ 2(f)-(h). Petitioner's reply, if any, shall be filed no later than **March 13, 2020**.

Dated: New York, New York
      February 24, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**