**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

SUMMERS LABORATORIES, INC.,

    Petitioner,

v.

SHIONOGI INC.,

    Respondent.

No.: 1:19-cv-02754

**NOTICE OF SETTLEMENT**

---

## NOTICE OF SETTLEMENT

Summers Laboratories, Inc. ("Petitioner") and Shionogi Inc. ("Respondent") stipulate and notify the Court that they have settled the Motion for Attorneys' Fees and Costs (ECF No. 41) filed by the Petitioner and currently pending before this Court. From the perspective of the Petitioner and the Respondent, this Motion has been resolved.

Dated: March 6, 2020

/s/ Brenna D. Kelly
John D. Huh (*pro hac vice*)
Brenna D. Kelly (No.: 5051016)
Scott M. Vernick (*pro hac vice*)

**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
T: 215.656.3300 / F: 215.656.3301
John.Huh@dlapiper.com
Brenna.Kelly@dlapiper.com
Scott.Vernick@dlapiper.com

*Attorneys for Summers Laboratories, Inc.*

/s/ Saul Perloff
Saul Perloff
Felice Galant

**NORTON ROSE FULBRIGHT**
1301 Sixth Avenue
New York, NY 10019
T: 212.318.3049
felice.galant@nortonrosefulbright.com
saul.perloff@nortonrosefulbright.com

*Attorneys for Shionogi Inc.*

The parties having settled the motion for
attorney's fees and costs, ECF No. 44, the Clerk of
Court is directed to terminate the motion at ECF
No. 41.

SO ORDERED.

Dated: March 9, 2020

    New York, New York

**ANALISA TORRES**
United States District Judge